# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robert Lawrence Beck, Jr.
Attorney at Law
P. O. Drawer 12850
Alexandria LA 71315-2850

Thomas Taylor Townsend
Kelly, Townsend, & Thomas
137 Rue St. Denis
Natchitoches, LA 71457


**REHEARING ACTION: April 23, 2014**


**Docket Number: 13   01097-CA consolidated with 13   00604-CW**

**JEROMIE CHAD SMITH**
**VERSUS**
**WESTERN WORLD INSURANCE COMPANY, ET AL.**

**Appealed from Natchitoches Parish Case No. C-81872, Div. A**


**BEFORE JUDGES**:

> Hon. Sylvia R. Cooks
> Hon. J. David Painter
> Hon. Shannon J. Gremillion


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jeromie Chad Smith** has this day been

> **DENIED.**
> Cooks, J., would grant rehearing.


cc: Leslie Evalyn Hodge, Counsel for the Appellant
    John C. Guillet, Counsel for the Appellant
    James Allen Lochridge, Jr., Counsel for the Appellee